Gregory F. Johnsen, Esq. (Bar #105797)
**LAW OFFICES OF GREGORY F. JOHNSEN**
15335 Morrison Street
Suite 100
Sherman Oaks, California 91403-1563
(818) 907-8577; fax (818) 995-3022

Attorneys for Plaintiff,
REDWOOD FIRE & CASUALTY INSURANCE COMPANY, administered by BERKSHIRE HATHAWAY HOMESTATE COMPANIES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REDWOOD FIRE & CASUALTY INSURANCE COMPANY, administered by BERKSHIRE HATHAWAY HOMESTATE COMPANIES,<br><br>Plaintiff,<br><br>v.<br><br>H&E EQUIPMENT SERVICES, INC., SKYJACK, INC., and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 5:18-cv-01215 PA (SHKx)<br><br>**ORDER**<br><br>**Complaint filed:** April 2, 2018<br>**Complaint served:** May 9, 2018<br>**Removal date:** June 6, 2018<br>**Response date:** July 13, 2018<br><br>Honorable Percy Anderson<br><br>Trial Date: None Set |

STIPULATION TO REMAND TO STATE COURT

## ORDER

The Court, having considered the Stipulation to Remand to the Superior Court of the State of California for the County of San Fernando ("Stipulation") between Plaintiff Redwood Fire & Casualty ("Plaintiff") and Defendants H&E Equipment Services, Inc. ("H&E") and Skyjack, Inc. ("Skyjack" and, together, "Defendants") (collectively, the "Parties") hereby orders as follows:

The Parties' Stipulation is APPROVED. The matter is remanded back to the Superior Court of the State of California for the County of San Bernardino.

**IT IS SO ORDERED**

Dated: July __6__, 2018

_____
HON. PERCY ANDERSON
UNITED STATE DISTRICT JUDGE